# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2014

146724(112)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LaFONTAINE SALINE, INC., d/b/a
LaFONTAINE CHRYSLER JEEP DODGE
RAM,
      Plaintiff-Appellee,

v

CHRYSLER GROUP, LLC,
      Defendant-Appellee,

and

IHS AUTOMOTIVE GROUP, LLC, d/b/a
CHRYSLER JEEP OF ANN ARBOR,
      Defendant-Appellant.
_____/

SC: 146724
COA: 307148
Washtenaw CC: 10-001329-CZ

      On order of the Chief Justice, the motion of defendant-appellant IHS Automotive Group, LLC, for leave to file a reply brief in excess of the page limit restriction is GRANTED. The reply brief shall not exceed eighteen pages.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2014



Clerk